No. 2974. AMERICAN COLONIAL BANK, APELADA, *v.* LO-RENZI, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Cobro de pagaré. Resuelto en marzo 5, 1923.

Examinada la moción de desestimación presentada por la apelada, y la certificación que se acompaña, se declara con lugar y se desestima la apelación.